IN THE COURT OF APPEALS
OF
MARYLAND

Misc. Docket AG No. 44

September Term, 2017

_____

IN THE MATTER OF THE PETITION FOR
REINSTATEMENT OF WALTER LLOYD
BLAIR TO THE BAR OF MARYLAND

_____

Greene
Adkins
Watts
Getty
Harrell, Jr. Glenn T.
(Senior Judge, Specially Assigned)
Battaglia, Lynne A.
(Senior Judge, Specially Assigned)
Raker, Irma S.
(Senior Judge, Specially Assigned),

JJ.

_____

ORDER
_____

Filed: July 13, 2018

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Bessie Decker, Clerk
April 20, 2018

IN THE MATTER OF THE PETITION    *    IN THE COURT OF APPEALS

FOR REINSTATEMENT OF    *    OF MARYLAND

WALTER LLOYD BLAIR    *

TO THE BAR OF MARYLAND    *    Misc. Docket AG, No. 44

   *

   *    September Term, 2017

   *

## <u>ORDER</u>

Upon the consideration of the Petition for Reinstatement to the Bar of Maryland filed on December 1, 2017 by Walter Lloyd Blair, and Bar Counsel's response thereto filed on January 30, 2018; and

WHEREAS, Petitioner was suspended from the practice of law in this State by this Court's Order of July 21, 2010 in the case of <u>Attorney Grievance Commission v. Walter Lloyd Blair</u>, Misc. Docket AG No. 83, September Term, 2009; and

WHEREAS, this Court's July 21, 2010 Order was a temporary suspension order entered pursuant to former Maryland Rule 16-771(c), then in effect for disciplinary or remedial actions initiated upon an attorney's conviction of a serious crime; and

WHEREAS, oral arguments having been held in these matters; and

WHEREAS, the Petitioner having been disbarred this date in an opinion issued by this Court in the underlying disciplinary or remedial action docketed as Misc. Docket AG No. 83, September Term, 2009,

NOW, THEREFORE, it is this <u>13th</u> day of <u>July</u>, 2018,

ORDERED, by the Court of Appeals of Maryland, that the Petition for Reinstatement be, and it is hereby, DENIED.

/s/ Clayton Greene Jr.
Senior Judge
